UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EHANG INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY WANG,<br><br>　　　　　Defendant. | Case No.  21-cv-02700-BLF<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY**<br><br>[Re:  ECF |

Plaintiff has filed an administrative motion for leave to file a sur-reply in response to Defendant's reply filed in support of Defendant's pending motion to dismiss.  *See* Admin. Mot., ECF 22.  Plaintiff asserts that Defendant's reply raises new arguments and evidence, and that Plaintiff should be given an opportunity to respond.  *See id.*  Defendant opposes the administrative motion, asserting that the arguments and evidence in question do not relate to the merits of the motion to dismiss but instead are proffered to refute defamatory statements about Defendant contained in Plaintiff's opposition to the motion to dismiss.  *See* Opp. to Admin. Mot., ECF 23.

It appears that any new arguments and evidence raised in Defendant's reply go to Plaintiff's characterization of Defendant rather than to the merits of the grounds for dismissal raised in Defendant's motion to dismiss.  The Court will not consider any new arguments or evidence raised in Defendant's reply in ruling on the motion to dismiss.  Accordingly, a sur-reply is unnecessary.

Plaintiff's administrative motion for leave to file a sur-reply is DENIED.

**IT IS SO ORDERED.**

Dated: June 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge