**MAGSTONE LAW, LLP**
BING ZHANG RYAN (SBN 228641)
4633 Old Ironsides Drive, Suite 160
Santa Clara, California 95054
Telephone: (650) 513-2555 ext. 107
Email: bingzhangryan@magstonelaw.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EHANG, INC., a Delaware corporation,<br>Plaintiff,<br>vs.<br>GARY WANG, an individual,<br>Defendant. | Civil Case No.: 5:21-cv-02700-BLF<br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that counsel for Plaintiff, Bing Zhang Ryan, hereby withdraws as counsel in this action. Attorney Youjun Liu has been acting as lead counsel for this action since September 2021 and will remain to be counsel of record for Plaintiff. Please remove MagStone Law, LLP from the docket as counsel of record, along with the above-named attorney.

Dated: February 15, 2022

**MAGSTONE LAW, LLP**
BING ZHANG RYAN
4633 Old Ironsides Drive, Suite 160
Santa Clara, CA 95054
Telephone: (650) 513-2555 ext. 107
Email: bingzhangryan@magstonelaw.com

By: /s/ Bing Zhang Ryan

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Bing Zhang Ryan, hereby declare as follows:

I am employed by MagStone Law, LLP, 4633 Old Ironsides Drive, Suite 160, Santa Clara, California, 95054. I am over the age of 18 years and am not a party to this action. On February 15, 2022, I served true and correct copies of:

**NOTICE OF WITHDRAWAL OF COUNSEL**

__X__ by sending the document(s) listed above to the following party via ECF in accordance with MagStone Law LLP's ordinary business practices:

| | |
|---|---|
| J. James Li<br>lij@lilaw.us<br>Daniel Peterson<br>petersond@lilaw.us<br>Richard Lambert<br>lambertr@lilaw.us | **Attorneys for Plaintiff** |
| Youjun Liu<br>yliu@liuwakalaw.com | **Attorney for Defendants** |

I declare under penalty of penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at Santa Clara, California, on February 15, 2022.

/s/ Bing Zhang Ryan
Bing Zhang Ryan